UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| KENNETH COURVILLE, JR., individually and on behalf of all others similarly situated | § § § § | Docket No. 2:15-cv-01437-CB |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| vs. | § § | |
| DWM CONSULTING, LLC | § § | CLASS ACTION FED. R. CIV. P. 23 |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

The parties have reached a tentative resolution of this Action and request that the Court remove this case from its active docket. The parties will file dismissal documents within 45 days.

Respectfully submitted,

/s/ Joshua P. Geist
Joshua P. Geist
PA. I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**AND**

*/s/ Michael A. Josephson*
Michael A. Josephson
Pennsylvania Bar No. 308410
Texas Bar No. 24014780
*(admitted pro hac vice)*
Lindsay R. Itkin
Texas Bar No. 24068647
*(admitted pro hac vice)*
Andrew Dunlap
Texas Bar No. 24078444
*(admitted pro hac vice)*
Jessica M. Bresler
State Bar No. 24090008
*(pending pro hac vice)*
FIBICH, LEEBRON, COPELAND
BRIGGS & JOSEPHSON
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com
jbresler@fibichlaw.com

**AND**

Richard J. (Rex) Burch<br>
Texas Bar No. 24001807<br>
*(pending pro hac vice)*<br>
BRUCKNER BURCH, P.L.L.C.<br>
8 Greenway Plaza, Suite 1500<br>
Houston, Texas 77046<br>
713-877-8788 – Telephone<br>
713-877-8065 – Facsimile<br>
rburch@brucknerburch.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served by ECF electronic filing on all known parties on this the 30th day of June 2016.

/s/ *Michael A. Josephson*
Michael A. Josephson